UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MELANIE MULLIGAN, et al.,

                      Plaintiffs,

v.                                                   ORDER

HOME DEPOT U.S.A., INC.,                19-CV-00659 (PMH)

                      Defendant.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    On December 10, 2021, the parties were notified that this case had been scheduled as the primary back up case for March 9, 2022. The Court has since been informed that the primary case for March 9, 2022 will not proceed as scheduled. This case is now the primary case for March 9, 2022, and therefore, must be trial ready for that date.

    The final pretrial conference previously scheduled for March 1, 2022 at 2:30 p.m. will proceed as scheduled in a courtroom to be determined.

SO ORDERED.

Dated: White Plains, New York
          January 28, 2022

                                                                 _____
                                                                 Philip M. Halpern
                                                                 United States District Judge